**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Wendell CARSON, III, Defendant-**
**Appellant.**

**No. 16-13604**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(February 24, 2017)

Cherie Krigsman, Germaine Seider, Arthur Lee Bentley, III, Sara C. Sweeney, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Howard C. Anderson, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Meghan Ann Collins, Federal Public Defender's Office, Orlando, FL, Wendell Carson, III, Coleman, FL, for Defendant-Appellant

Before HULL, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Donna Lee Elm, appointed counsel for Wendell Carson, III, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carson's revocation of supervised release and sentence are

**AFFIRMED.**